MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Amy A. McGeever, Bar No. 296758
amy.mcgeever@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
AMAZON LOGISTICS, INC. incorrectly sued as
AMAZON.COM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CHAMPION, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM LLC., a Delaware limited liability company; NEA DELIVERY, LLC d/b/a FAST DELIVERY SERVICES, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-05222-MMC<br><br>**DEFENDANT AMAZON LOGISTICS, INC.'S STATEMENT RE EVIDENTIARY OBJECTIONS**<br><br>Hon. Maxine M. Chesney<br><br>Date:          June 21, 2019<br>Time:          9:00 a.m.<br>Courtroom:  7 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1  Amazon Logistics, Inc., erroneously sued as Amazon.com, LLC ("Amazon")  has
2  reviewed the 4-page Plaintiff's Objection to Defendant's Reply Evidence and Defendant's
3  Objections Re Defendant Amazon's Motion to Compel ("Plaintiff's Objection").  Amazon now
4  recognizes that it inadvertently failed to comply with L.R. 7-3(c) when it filed separate
5  evidentiary objections, and Amazon apologizes for this mistake.  However, Amazon notes that it
6  also raised certain of its objections within its reply brief.  *See* Dkt. # 45, 14:9-18, 15:9-11.
7  Amazon will be prepared to address this issue further at the oral argument on June 21, 2019,
8  along with other issues raised for the first time in Plaintiff's Objection.

Dated: June 13, 2019                    MORGAN, LEWIS & BOCKIUS LLP

By     /s/ *Brian D. Fahy*
        John S. Battenfeld
        Brian D. Fahy
        Amy A. McGeever
        Attorneys for Defendant AMAZON LOGISTICS, INC. (incorrectly sued as AMAZON.COM, LLC)