1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

YOLANDA CHAMPION,

Plaintiff,

8

v.

9

10

AMAZON.COM LLC, et al.,

Defendants.

11

Case No. 18-cv-05222-MMC

**ORDER GRANTING DEFENDANT AMAZON LOGISTICS, INC.'S MOTION TO COMPEL ARBITRATION; STAYING CLAIMS AGAINST AMAZON**

12

13      Before the Court is defendant Amazon Logistics, Inc.'s ("Amazon") "Motion to

14   Compel Individual Arbitration and to Dismiss, or, in the Alternative, Stay the

15   Proceedings," filed May 10, 2019.  Plaintiff Yolanda Champion ("Champion") has filed

16   opposition, to which Amazon has replied.  The matter came on regularly for hearing on

17   June 21, 2019.  Stephen P. O'Dell of Marlin & Saltzman, LLP appeared on behalf of

18   Champion.  John S. Battenfeld and Andrea Fellion appeared on behalf of Amazon.

19      Having read and considered the parties' respective written submissions, and

20   having considered the arguments made at the hearing, the Court, for the reasons stated

21   on the record at the hearing, hereby GRANTS Amazon's motion to compel arbitration.

22   The above-titled action, to the extent asserted against Amazon, is hereby STAYED until

23   "such arbitration has been had in accordance with the terms of the agreement."  See 9

24   U.S.C. § 3.

25      **IT IS SO ORDERED.**

26

27   Dated: June 21, 2019

MAXINE M. CHESNEY
United States District Judge

28