| | |
|---|---|
| YOLANDA CHAMPION, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM LLC, a Delaware corporation; NEA DELIVERY SERVICES. dba FAST DELIVERY SERVICES, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-05222-MMC<br>(Assigned to Hon. Maxine M. Chesney)<br><br>[PROPOSED] **ORDER ON STIPULATED REQUEST FOR COURT DISMISSAL WITH PREJUDICE OF PLAINTIFF'S INDIVIDUAL CLAIMS BUT DISMISSAL WITHOUT PREJUDICE AS TO CLASS AND FLSA CLAIMS**<br><br>**[FRCP RULE 41]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- 2 -

**[PROPOSED] ORDER**

Based on the Parties' Stipulation, and good cause shown:

**IT IS HEREBY ORDERED:**

1. Pursuant to Fed. Rules Civ. Pro., Rule 41(a)(1)(A)(ii), the putative class and collective action allegations in Plaintiff's Complaint are dismissed without prejudice as to any individual other than Plaintiff.

2. Plaintiff's individual claims against Defendants are hereby dismissed with prejudice.

3. The Court approves Plaintiff's settlement of her claims, including any Fair Labor Standards Act claims, based on the Parties' stipulation.

**IT IS SO ORDERED.**

Date: May 3, 2024

Hon. Maxine M. Chesney
U.S. District Judge